# UNITED STATES DISTRICT COURT
for the

Middle District of Pa

United States of America )
v. )
)
) Case No.    1:12-cr-291-Judge Conner
Moneygram International, Inc. )
)
*Defendant's name and address* )

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☒ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | Federal Bldg, 228 Walnut Street, Hbg, Pa 17108 | Courtroom No.: | 2, 9th Floor |
|---|---|---|---|
| | | Date and Time: | 11/27/12 @ 10:00am |

This offense is briefly described as follows:
18:1343 & 2. Aiding and Abetting Wire Fraud
31:USC 5318(h) Sect 5322 Failing to Maintain Effective Anti-Moneying Laundering Program

Date: Nov. 9, 2012

*Issuing officer's signature*

Pam Warner, Deputy Clerk
*Printed name and title*

### Proof of Service

This summons was received by me on *(date)* _____.

☐ I personally served the summons on this defendant _____ at
*(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____, I left the summons at the defendant's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and mailed a copy to the defendant's last known address; or

☐ The summons was returned unexecuted because _____.

I declare under penalty of perjury that this information is true.

Date returned: _____

*Server's signature*

*Printed name and title*

Remarks: