## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | NO. 1:12-CR-0291 |
| | : | |
| | : | |
| **v.** | : | (Judge Conner) |
| | : | |
| **MONEYGRAM INTERNATIONAL, INC.,** | : | |
| | : | |
| **Defendant** | : | |

### ORDER

AND NOW, this 14th day of November, 2012, upon consideration of the Government's unopposed motion for rescheduling the Rule 5-Initial Appearance Hearing (Doc. 5), it is hereby ORDERED that said motion is GRANTED. The Initial Appearance in the above-captioned action is RESCHEDULED from November 27, 2012, to **Wednesday, November 28, 2012, at 9:00 a.m.**, in Courtroom No. 2, Ninth Floor, 228 Walnut Street, Harrisburg, Pennsylvania.

                                                       S/Christopher C. Conner
                                                       CHRISTOPHER C. CONNER
                                                       United States District Judge