# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
|     **Plaintiff** : | |
| : | CRIMINAL ACTION |
| : | |
| **v.** : | |
| : | NO. 1:12-CR-291 |
| **MONEYGRAM INTERNATIONAL Inc.** : | |
| : | |
|     **Defendant** : | JUDGE CONNER |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Criminal Procedure 12.4, MoneyGram International, Inc. states that it does not have a parent corporation and that no publically held corporation owns more than ten percent of its stock.

 

               **BOYLE, AUTRY & MURPHY**

               /s/ Dennis E. Boyle_____
               **Dennis E. Boyle, Esquire**
               Supreme Court I.D. No. 49618
               4660 Trindle Road, Suite 200
               Camp Hill, PA 17011
               Phone: (717) 737-2430
               Fax: (717) 737-2452
               Email: deboyle@dennisboylelaw.com
               Counsel for MoneyGram International, Inc.

Dated: November 27, 2012

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the date listed below I electronically filed the foregoing with the Court using the CM/ECF system, which sent notification of such filing to the following person(s) at the following email address(es):

   Kim Douglas Daniel, Esquire
   kim.daniel@usdoj.gov


                                            */s/ Penny A. Rogers*
                                            Penny A. Rogers, Paralegal


Dated:  November 27, 2012