# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:12-CR-291** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **MONEYGRAM INTERNATIONAL, INC.** | : | |
| | : | |

## ORDER

AND NOW, this 28th day of November, 2012, upon consideration of the motion of David Zinn, counsel for MoneyGram International, Inc., for leave to appear and participate *pro hac vice* (Doc. 9), it is hereby ORDERED that said motion is GRANTED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge