

FILED
HARRISBURG, PA
NOV ~ 3 2012
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:12-CR-0291 |
| v. | : | |
| MONEYGRAM INTERNATIONAL, INC., | : | (Judge Conner) |
| Defendant | : | |

### WAIVER OF INDICTMENT

I/~~We~~, _F. Aaron Henry_, Authorized Representative(s) of the Defendant Moneygram International, Inc., which is accused of Violation of Title 18, United States Code, Sections 1343 and 2, Knowingly and Intentionally Aiding and Abetting Wire Fraud, and Violation of Title 31, United States Code, Section 5318(h), and being advised of the nature of the charge(s), the proposed Information, and of Defendant's rights, hereby waive(s) in open court on this day, November _28th_, 2012, prosecution by Indictment and consent(s) that the proceeding may be by Information rather than by Indictment.

_____
DAVID M. ZINN, ESQUIRE, ~~Authorized~~ Counsel
~~Representative~~ for Defendant Moneygram
International, Inc.

_____
F. AARON HENRY, ESQURE, Authorized
Representative for Defendant Moneygram
International, Inc.

_____
DENNIS E. BOYLE, ESQURE, ~~Authorized~~ Counsel
~~Representative~~ for Defendant Moneygram
International, Inc.

Before: _____
CHRISTOPHER C. CONNER
United States District Judge