# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:12-CR-291** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **MONEYGRAM INTERNATIONAL, INC.,** | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 2nd day of November, 2017, upon the stipulation (Doc. 20) of the parties, and upon good cause shown, it is hereby

ORDERED that the above captioned Deferred Prosecution Agreement and all its terms, including, but not limited to, the tolling of the Speedy Trial Act, is extended for ninety (90) days, from November 8, 2017, to and including February 6, 2018.

    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania