FILED
HARRISBURG, PA
MAY 0 7 2018
PETER WELSH
PER [illegible], DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 1:12-CR-291 |
| v. | (J. Conner) |
| MONEYGRAM INTERNATIONAL, INC., | Filed Electronically |
| Defendant | |

## ORDER

AND NOW, upon the stipulation of the parties, and upon good cause shown, it is hereby

ORDERED that the above captioned Deferred Prosecution Agreement and all its terms, including, but not limited to, the tolling of the Speedy Trial Act, is extended for forty-five (45) days, from May 7, 2018, to and including June 21, 2018.

The Honorable ~~Christopher C. Conner~~ John E. Jones III
~~Chief~~ Judge, Middle District of Pennsylvania

Dated: May __7__, 2018