# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:12-CR-291 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **MONEYGRAM INTERNATIONAL, INC.,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 19th day of June, 2018, upon consideration of the joint motion to extend deferred prosecution agreement (Doc. 28), it is hereby ORDERED that said motion is GRANTED. The above captioned Deferred Prosecution Agreement and all its terms, including, but not limited to, the tolling of the Speedy Trial Act, is extended for ninety (90) days, from June 21, 2018, to September 18, 2018.

          /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania