# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NO. 1:12-CR-0291 |
| v. : | (Chief Judge Conner) |
| **MONEYGRAM INTERNATIONAL, INC.,** : | |
| **Defendant** : | |

## **ORDER**

AND NOW, this 14th day of September, 2018, upon consideration of the joint motion (Doc. 30) to extend deferred prosecution agreement, and upon good cause shown, it is hereby ORDERED that said motion is GRANTED. The above captioned Deferred Prosecution Agreement and all its terms, including, but not limited to, the tolling of the Speedy Trial Act, is extended for fifty (50) days, from September 18, 2018, to November 6, 2018.

S/CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania