# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:12-CR-291 |
| v. | : (Judge Conner) |
| **MONEYGRAM INTERNATIONAL, INC.,** | : |
| **Defendant** | : |

## ORDER

AND NOW, this 5th day of November, 2018, upon consideration of the joint motion to extend (Doc. 32), it is hereby ORDERED that said motion is GRANTED. The above captioned Deferred Prosecution Agreement and all its terms, including but not limited to, the tolling of the Speedy Trial Act, is extended for four (4) days, from November 6, 2018, to November 9, 2018.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania