# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:12-CR-291** |
| v. : | **(Judge Conner)** |
| **MONEYGRAM INTERNATIONAL, INC.,** : | |
| Defendant : | |

## **ORDER**

AND NOW, this 9th day of November, 2018, in light of the Joint Motion (Doc. 34) to Extend and Amend the Deferred Prosecution Agreement, it is hereby ORDERED that said motion is GRANTED. The prosecution and trial on the Information is deferred until May 10, 2021, and any time between the filing of the Information on November 9, 2012 and May 10, 2021, shall be excludable pursuant to Title 18, United States Code, Section 3161(h)(2).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania